**NOT FOR PUBLICATION**                                    **CLOSED**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

ANTOINE ATEIH,                          :
                                        :
                 Plaintiff,             :
        v.                              :        CIVIL ACTION NO. 06-1580 (JLL)
                                        :
LIMITED BRANDS, INC.,                   :
ET AL.,                                 :        **ORDER**
                 Defendants.            :
                                        :

Plaintiff, Antoine Ateih, filed a complaint in New Jersey state court on February 21,

2006. Defendants, Limited Brands, Inc. and Bath and Body Works, Inc. removed the action to

this Court on April 4, 2006 on the basis of diversity. Plaintiff's counsel withdrew on April 25,

2006 and since that point, Plaintiff has been proceeding *pro se*.

On May 1, 2007, the Honorable Ronald J. Hedges, U.S.M.J. issued an order requiring

Plaintiff to submit to the Court an estimate of the time he needed to complete discovery and

inform the Court as to whether Plaintiff intended to add parties, amend the pleadings, or make

dispositive motions. Plaintiff failed to comply with this order.

On May 16, 2007, the Honorable Claire C. Cecchi, U.S.M.J. issued an order requiring

Plaintiff to show cause, in writing, by May 30, 2007, why his case should not be dismissed for

his failure to comply with the Court's May 1, 2007 order. This order to show cause was mailed

to Plaintiff via certified mail, return receipt requested and was signed for by Plaintiff on May 21,

2007.

Plaintiff has failed to make any submission to the Court in response to the Court's May

16, 2007 order to show cause. The deadline for opposing the dismissal of the case has long

passed.  In fact, the Court has not received any communication from Plaintiff since he began representing herself in this matter on April 25, 2006.  Accordingly,

IT IS on this 5ᵗʰ day of September, 2007,

ORDERED that Plaintiff's complaint is DISMISSED without prejudice; and it is further

ORDERED that this matter is hereby closed.

SO ORDERED.

Jose L. Linares
United States District Judge

-2-